IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CLIPPER PIPE & SERVICE, INC. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| THE OHIO CASUALTY INSURANCE CO. | : | |
| and CONTRACTING SYSTEMS, INC. II | : | NO. 12-5831 |

### AMENDED JUDGMENT

AND NOW, this 6th day of February, 2014, in accordance with the accompanying Order granting plaintiff's motion for interest, penalties and attorney fees, JUDGMENT IS ENTERED against The Ohio Casualty Insurance Co. and Contracting Systems, Inc. II and in favor of Clipper Pipe & Service, Inc. in the requested amount of $121,248.77, being $40,422.00 in interest, $40,422.00 in penalties and $40,404.77 in attorney fees and costs through the conclusion of trial.

BY THE COURT:

/s/ Stewart Dalzell, J.