UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **Clipper Pipe & Service, Inc.** : | |
| : | Civil Action |
| **Plaintiff,** : | |
| : | |
| v. : | No. 12-5831 |
| : | |
| The Ohio Casualty Insurance Co. : | **JURY DEMANDED** |
| and Contracting Systems, Inc. II : | |
| : | |
| **Defendants** : | |

## NOTICE OF APPEAL

Notice is hereby given that Defendants appeal to the United States Court of Appeals for the Third Circuit from the final Amended Judgment and Order on February 6, 2014, which granted Plaintiff's Motion for interest, penalties and attorney fees (docket entry number 55) which became a final order for purposes of appeal on March 21, 2014.

                 Respectfully submitted,

                 **FLAMM WALTON PC**
                 794 Penllyn Pike
                 Blue Bell, PA 19446
                 Tel: (267) 419-1500
                 Fax: (267) 419-1560

                 By: /s/ Walter H. Flamm, Jr. (whf6754)
                   Walter H. Flamm, Jr.
                   Robert J. Krandel
                   Attorney for Defendants

Dated: March 21, 2014

339371 v1

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Clipper Pipe & Service, Inc. | : |
| Plaintiff, | : Civil Action |
| v. | : No. 12-5831 |
| The Ohio Casualty Insurance Co. and Contracting Systems, Inc. II | : JURY DEMANDED |
| Defendants | : |

## CERTIFICATE OF SERVICE VIA ECF

I certify that all of the parties to this case are represented by counsel with access to ECF and service has been made through the ECF system as set forth in the Local Rules. The foregoing document has been filed electronically and is available for viewing and downloading from the ECF system.

DATE: March 21, 2014       /s/ Walter H. Flamm, Jr. (whf6754)
                           Walter H. Flamm, Jr.
                           Robert J. Krandel
                           Attorney for Defendants
                           The Ohio Casualty Insurance Co. and
                           Contracting Systems, Inc. II

339371 v1