UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 14-1716

CLIPPER PIPE & SERVICE, INC.

v.

THE OHIO CASUALTY INSURANCE COMPANY;
CONTRACTING SYSTEMS, INC. II,
Appellants

On Appeal from the United States District Court
for the Eastern District of Pennsylvania
District Court No. 5-12-cv-05831
District Judge: The Honorable Stewart Dalzell

Submitted Pursuant to Third Circuit L.A.R. 34.1(a)
November 21, 2014

Before: MCKEE, Chief Judge, SLOVITER, and RENDELL, Circuit Judges

JUDGMENT ORDER

In light of the ruling of the Pennsylvania Supreme Court in *Clipper Pipe & Service, Inc. v. Ohio Casualty Insurance Co.*, No. 59 EAP 2014, --- A.3d ----, 2015 WL 3672275 (Pa. June 15, 2015), this case is remanded to the District Court for further proceedings as may be necessary in light of the inapplicability of the Contractors and Subcontractors Payment Act ("CASPA") (e.g., regarding calculation of interest, if necessary, for state law claims) and for dismissal of all claims under CASPA.

By the Court,

s/MARJORIE O. RENDELL
Circuit Judge

Attest:

s/Marcia M. Waldron
Clerk

Dated: July 29, 2015

Certified as a true copy and issued in lieu
of a formal mandate on August 20, 2015

Teste: *Marcia M. Waldron*
**Clerk, U.S. Court of Appeals for the Third Circuit**