IN THE UNITED STATES DISTRICT COURT
FOR THE EATERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CLIPPER PIPE & SERVICE, INC. | Civil Action No.: 5:12-cv-5831-SD |
| Plaintiff | |
| v. | |
| THE OHIO CASUALTY INSURANCE COMPANY and | Jury Demanded |
| CONTRACTING SYSTEMS, INC. II | |
| Defendants | |

### SATISFACTION OF JUDGMENT

TO THE CLERK:

Plaintiff, Clipper Pipe & Service, Inc., by and through its undersigned counsel, hereby notifies the Court that the Judgments entered in this action have been satisfied and request the Clerk to mark the Judgments as SATISFIED.

By: _____
PATRICK T. HENIGAN, ESQUIRE
Attorney I.D. No. 49448
Attorney for Plaintiff,
Clipper Pipe & Service, Inc.
ECKELL SPARKS LEVY AUERBACH MONTE
SLOANE MATTHEWS & AUSLANDER
344 West Front Street
Media, Pennsylvania 19063
610-565-3700 (telephone)
610-565-1596 (facsimile)

## CERTIFICATE SERVICE

I certify that all of the parties to this case are represented by counsel with access to ECF and service has been made through the ECF system as set forth in the Local Rules.

Date: <u>October 30, 2015</u>    By: _____
PATRICK T. HENIGAN, ESQUIRE
Attorney I.D. No. 49448
Attorney for Plaintiff,
Clipper Pipe & Service, Inc.